B 5 (Official Form 5) (12/07)

# UNITED STATES BANKRUPTCY COURT
Middle District of Pennsylvania

**INVOLUNTARY PETITION**

| IN RE (Name of Debtor – If Individual: Last, First, Middle) | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) |
|---|---|
| Kimmel's Coal and Packaging, Inc. | |

Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.):

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code) | MAILING ADDRESS OF DEBTOR (If different from street address) |
|---|---|
| Machamet Ave., PO Box 1 <br> Wiconisco, PA | |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS <br> Dauphin     ZIP CODE **17098** | ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)
Anthracite Coal processing, packaging and sales.

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7    ☐ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

**Nature of Debts** (Check one box.)

Petitioners believe:

☐ Debts are primarily consumer debts
☑ Debts are primarily business debts

**Type of Debtor** (Form of Organization)

☐ Individual (Includes Joint Debtor)
☑ Corporation (Includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☑ Other   Anthracite Coal processing

**VENUE**

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

**FILING FEE** (Check one box)

☑ Full Filing Fee attached

☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.
*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]*

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

### ALLEGATIONS (Check applicable boxes)

1. ☐ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).
2. ☐ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3. a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
   or
   b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

COURT USE ONLY

Case 1:18-bk-01609-HWV   Doc 1   Filed 04/19/18   Entered 04/19/18 14:05:11   Desc
Main Document    Page 1 of 3

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _[signature]_
Signature of Petitioner or Representative (State title)
Calvin Lenig Coal Prep and Sales, Inc      04/18/2018
Name of Petitioner                          Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity
5860 State Route 225
Shamokin, PA 17872

x _[signature]_  4/19/18
Signature of Attorney                     Date
Jeff Kurtzman, Esquire
Name of Attorney Firm (If any)
401 South 2nd Street, Suite 200, Phila., PA 19147
Address
(215) 839-1222
Telephone No.

x _[signature]_
Signature of Petitioner or Representative (State title)
Lenig and Kosmer Coal Company              04/18/2018
Name of Petitioner                          Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity
2993 Lower Road
Shamokin, Pa. 17872

x _[signature]_  4/19/18
Signature of Attorney                     Date
Jeff Kurtzman, Esquire
Name of Attorney Firm (If any)
401 South 2nd Street, Suite 200, Phila., PA 19147
Address
(215) 839-1222
Telephone No.

x _[signature]_
Signature of Petitioner or Representative (State title)
Hardway Coal Company                       04/18/2018
Name of Petitioner                          Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity
44 Keystoker Lane
Schuylkill Haven, PA 17972

x _[signature]_  4/19/18
Signature of Attorney                     Date
Jeff Kurtzman, Esquire
Name of Attorney Firm (If any)
401 South 2nd Street, Suite 200, Phila., PA 19147
Address
(215) 839-1222
Telephone No.

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Calvin Lenig Coal Prep. and Sales, Inc. | Trade Claim | 804,441.80 |
| Lenig and Kosmer Coal Company | Trade Claim | 461,416.10 |
| Hardway Coal Company | Trade Claim | 30,750.80 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 1,397,885.04 |

___1___ continuation sheets attached

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x *Elizabeth Zaprazny* | x *[signature]* 4/19/18 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney   Date |
| EOJ, Inc.   04/18/2018 | Jeff Kurtzman, Esquire |
| Name of Petitioner   Date Signed | Name of Attorney Firm (If any) |
| | 401 South 2nd Street, Suite 200, Phila, PA 1914 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| 2410 Summer Valley Road New Ringgold, PA 17960 Officer | 215839-1222 |
| | Telephone No. |

| | |
|---|---|
| x_____ | x_____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney   Date |
| Name of Petitioner   Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| | Telephone No. |

| | |
|---|---|
| x_____ | x_____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney   Date |
| Name of Petitioner   Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| | Telephone No. |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| EOJ, Inc. 2410 Summer Valley Road, New Ringgold, PA | Trade Claim | 101,277.14 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

_____ continuation sheets attached